UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THEODORE KING,

        Plaintiff,

- against -

GARY LA BARBERA, et al.,

        Defendant.

-----------------------------------------------------------X

ORDER OF
DISCONTINUANCE

03 CV 5033(ARR)

The Court having been advised that this case has settled, the proceeding is hereby discontinued.

SO ORDERED:

DATED:    Brooklyn, New York
             January 30, 2006

                                        Allyne R. Ross
                                        United States District Judge

## MAILING LIST

Bruce Levine, Esq.
Cohen Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036


Alan Pearl & Associates, PC
6800 Jericho Turnpike
Suite 218 E
Syosset, NY 11791


Magistrate Judge Pollak